United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Pi-Net International, Inc.,

      Plaintiff,

    v.

Presidio Bank,

      Defendant.

Case No.: 12-cv-04962-JCS

**CASE MANAGEMENT AND PRETRIAL ORDER; ORDER DENYING MOTION TO DISMISS [Dkt No. 9]**

Following a  case management conference held on **February 8, 2013,**

IT IS HEREBY ORDERED THAT:

1.   For the reasons stated on the record, the Motion to Dismiss is DENIED.  Defendant shall file a responsive pleading within ten (10) days.

2.   The parties shall meet and confer and file a stipulation regarding dates. The default dates, if there is no agreement, are set forth in the Local Rules.  The Claim Construction Hearing date should be set for four (4) weeks after the last brief is filed.

3.   A brief updated joint case management conference statement shall be due by March 1, 2013.

4.   A further case management conference is set for **March 8, 2013, at 1:30 PM.**

IT IS SO ORDERED.

Dated:  February 13, 2013

Joseph C. Spero
United States Magistrate Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California