1  MICHAEL J. SACKSTEDER (CSB No. 191605)
   msacksteder@fenwick.com
2  TERESA M. CORBIN (CSB No. 132360)
   tcorbin@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:    415.875.2300
5  Facsimile:    415.281.1350
   HECTOR J. RIBERA (CSB No. 221511)
6  hribera@fenwick.com
   JUSTIN HULSE (CSB No. 271666)
7  jhulse@fenwick.com
   FENWICK & WEST LLP
8  Silicon Valley Center
   801 California Street
9  Mountain View, CA  94041
   Telephone:    650.988.8500
10 Facsimile:    650.938.5200

11 Attorneys for Defendant
   PRESIDIO BANK



IT IS SO ORDERED AS MODIFIED.
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PRESIDIO BANK,<br><br>Defendant. | Case No.: 5:12-cv-4962-PSG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE CONTINUING DATES**<br><br>Hon. Judge Paul S. Grewal |

　　　　Plaintiff Pi-Net International, Inc. and Defendant Presidio Bank, N.A., (hereafter "the Parties") hereby stipulate, by and through their respective counsel:

　　　　Whereas, in its Further Case Management and Pretrial Order entered on May 14, 2013 (Dkt. No. 37), the Court ordered the Parties to complete mediation by the end of June 2013 and granted an initial extension of approximately 60 days for Presidio Bank to serve its invalidity

STIPULATION AND [~~PROPOSED~~] ORDER RE
CONTINUING DATES                                                                                  CASE NO.: 5:12-CV-4962-PSG

contentions and for the other case deadlines to prevent the consumption of resources and fees that might otherwise be utilized for settlement purposes (Dkt. No. 41);

Whereas the Parties had submitted eight names of potential mediators and were assigned to Mediator Jack L. Slobodin by the Court on May 20, 2013 (Dkt. No. 38);

Whereas, shortly before the June 26, 2013 scheduled mediation, the Parties discovered that Mediator Slobodin had previously represented Pi-Net's founder and her former company, WebXchange, Inc., with respect to licensing and enforcement efforts of the patent family to which the patents-in-suit here belong, constituting a conflict of interest;

Whereas, after being notified of the conflict by the Parties, the ADR Unit vacated the appointment of Mediator Slobodin on June 24, 2013, took the scheduled mediation off calendar, and directed the Parties to seek an extension of time (Dkt. No. 42);

Whereas, on July 2, 2013, the Court's ADR Unit set an ADR phone conference for July 16, 2013 to discuss the ADR referral; (Dkt. No. 45);

Whereas the ADR Unit must thereafter appoint a new mediator and schedule the mediation;

Whereas the parties' counsel have consulted and determined that they are available for mediation during the week of August 5, but must still confer regarding availability of their clients during that week;

Whereas Defendant Presidio Bank's Initial Invalidity Contentions and the other deadlines in this case will consume resources and fees that might be utilized for settlement purposes;

Whereas the Parties proposed that the following dates be postponed to provide the Parties with an opportunity to mediate;

Whereas it is uncertain at this time whether all necessary parties and the appointed mediator will be available for mediation during the week of August 5, 2013;

Whereas the Parties believe it would be helpful to postpone the upcoming Case Management Conference by one week to allow for the mediation schedule to be determined;

IT IS HEREBY STIPULATED that this case will proceed according to the following proposed schedule, subject to approval of the Court:

1  The last day for completion of mediation is rescheduled from end of June, 2013 to
2  Friday, August 30, 2013.
3  The last day for filing the joint Case Management Statement is rescheduled from
4  Friday, August 2, 2013 to Friday, August 9, 2013.
5  The Further Case Management Conference is rescheduled from Friday, August 9, 2013 to
6  Friday, August 16, 2013.
7  The last day for Defendant to serve Initial Invalidity Contentions pursuant to Pat. L.R.3-3
8  is rescheduled from Tuesday, July 23, 2013 to Friday, September 27, 2013.
9  The Exchange of Proposed Terms for Construction pursuant to Pat. L.R.4-1(a) is
10 rescheduled from Monday, August 5, 2013 to Friday, October 11, 2013.
11 The Exchange of Preliminary Claim Constructions and Extrinsic Evidence pursuant to
12 Pat. L.R. 4-2(a) and 4-2(b) is rescheduled from Monday, August 26, 2013 to Friday, November 1,
13 2013.
14 The Joint Claim Construction and Prehearing Statement pursuant to Pat. L.R. 4-3 is
15 rescheduled from Friday, September 20, 2013 to Tuesday, November 26, 2013.
16 The Completion of Claim Construction Discovery pursuant to Pat. L.R. 4-4 is rescheduled
17 from Friday, October 18, 2013 to Friday, December 20, 2013.
18 The Opening Claim Construction Brief by Plaintiff pursuant to Pat. L.R. 4-5(a) is
19 rescheduled from Tuesday, October 29, 2013 to Friday, January 17, 2013.
20 The Responding Claim Construction Brief by Defendant pursuant to Pat. L.R. 4-5(b) is
21 rescheduled from Tuesday, November 12, 2013 to Friday, January 31, 2014.
22 The Reply Claim Construction Brief by Plaintiff pursuant to Pat. L.R. 4-5(c) is
23 rescheduled from Tuesday, November 19, 2013 to Friday, February 7, 2014.
24 The Claim Construction Hearing is rescheduled from Tuesday, December 17, 2013 at
25 1:30 p.m. to Tuesday, March 11, 2014, at 1:30 p.m.
26 The last day to hold a settlement conference is rescheduled from Friday, April 18, 2014 to
27 Friday, July 11, 2014.
28 / / /

1  The last day to hear dispositive motions is rescheduled from Friday, September 26, 2014 to Friday, December 12, 2014.

For the foregoing reasons, the Parties respectfully request that the Court enter an order extending the deadlines as indicated above.

Dated:   July 10, 2013                              FENWICK & WEST LLP


By: */s/ Teresa M. Corbin*
     Teresa M. Corbin

     Attorneys for Defendant and Counterclaimant
     PRESIDIO BANK


Dated:   July 10, 2013                              KNAPP, PETERSEN & CLARKE


By: */s/ André E. Jardini*
     André E. Jardini
     Hilary M. Goldberg

     Attorneys for Plaintiff and Counter-Defendant
     PI-NET INTERNATIONAL, INC.


*Filer's Attestation:  Pursuant to Local Rule 5-1(i)(3) regarding signatures, the filer hereby attests that concurrence in the filing of this document has been obtained.*


      */s/ Teresa M. Corbin*
     Teresa M. Corbin

**ORDER**

IT IS HEREBY ORDERED that:

1. Last day for completion of mediation: Friday, August 30, 2013.

2. Last day for filing the joint Case Management Statement: Friday, August 9, 2013.

3. Further Case Management Conference: Friday, August 16, 2013 at 9:30 a.m. Further dates will be set after the case management conference.

4. ~~Last day for Defendant to serve Initial Invalidity Contentions pursuant to Pat. L.R. 3-3: Friday, September 27, 2013.~~

5. ~~Exchange of Proposed Terms for Construction pursuant to Pat. L.R. 4-1(a): Friday, October 11, 2013.~~

6. ~~Exchange of Preliminary Claim Constructions and Extrinsic Evidence pursuant to Pat L.R. 4-2(a) and 4-2(b): Friday, November 1, 2013.~~

7. ~~Joint Claim Construction and Prehearing Statement pursuant to Pat. L.R. 4-3: Tuesday, November 26, 2013.~~

8. ~~Completion of Claim Construction Discovery pursuant to Pat. L.R. 4-4: Friday, December 20, 2013.~~

9. ~~Opening Claim Construction Brief by Plaintiff pursuant to Pat. L.R. 4-5(a): Friday, January 17, 2013.~~

10. ~~Responding Claim Construction Brief by Defendant pursuant to Pat. L.R. 4-5(b): Friday, January 31, 2014.~~

11. ~~Reply Claim Construction Brief by Plaintiff pursuant to Pat. L.R. 4-5(c): Friday, February 7, 2014.~~

12. ~~Claim Construction Hearing: Tuesday, March 11, 2014, at 1:30 p.m.~~

13. ~~Last day to hold settlement conference: Friday, July 11, 2014.~~

14. ~~Last day to hear dispositive motions: Friday, December 12, 2014.~~

Dated: July 12, 2013

*/s/ Paul S. Grewal*
The Hon. Paul S. Grewal
Judge, United States District Court