

550 North Brand Boulevard, Suite 1500, Glendale, California 91203-1922 • (818) 547-5000 • Facsimile: (818) 547-5329

July 25, 2013

Direct Dial: (818) 547-5178
E-Mail: aej@kpclegal.com

**VIA ELECTRONIC FILING**

Magistrate Judge Paul Singh Grewal
San Jose Courthouse
Courtroom 5 - 4th Floor
280 South 1st Street
San Jose, CA  95113



IT IS SO ORDERED AS MODIFIED.
Judge Paul S. Grewal

    Re:    Pi-Net International, Inc. v. Presidio Bank
           USDC Case No.: CV12-04962 PSG
           Our File No.:  8000-962

Dear Judge Grewal:

We are counsel for plaintiff and counter-defendant Pi-Net International, Inc., in the above-referenced action and respectfully request the ability to participate in the August 16, 2013, Motion to Stay Litigation Pending Inter Partes Review and Case Management Conference by telephone.

The Motion to Stay Litigation Pending Inter Partes Review is for the purpose of the court to decide if the action should be stayed pending review of the patents at issue.  The purpose of the Case Management Conference is for reporting on the status of settlement discussions and to explore if other settlement proceedings would be appropriate.  Our office has personally appeared at all other previous hearings in this action.

We practice in Los Angeles and have other obligations on August 16, 2013, and would appreciate the Court's approval of this request.  We will be prepared to discuss all settlement and other case issues the morning of August 16, 2013.



Magistrate Judge Paul Singh Grewal
Re:   Pi-Net International, Inc. v. Presidio Bank
July 25, 2013
Page 2


We will be available and can be reached at (818) 547-5000.

    Very truly yours,

    KNAPP, PETERSEN & CLARKE

    */s/ Hilary M. Goldberg*

    André E. Jardini
    Hilary M. Goldberg

HMG:mm

cc:  All Counsel (via electronic filing)


IT IS SO ORDERED that counsel for Pi-Net International, Inc. ~~will be on standby at 9:30 a.m. on August 16, 2013, and will await the Court's call.~~ shall contact CourtCall at 866-582-6878 to arrange for telephonic appearance.

Dated: July 26, 2013

    */s/ Paul S. Grewal*
    The Honorable Paul S. Grewal

1783849.1  08000/00962