André E. Jardini, Bar No. 71335
aej@kpclegal.com
Hilary M. Goldberg, Bar No. 237993
hmg@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Joseph S. Farzam, Bar No. 210817
farzam@lawyer.com
FARZAM LAW FIRM
1875 Century Park East, Suite 1345
Los Angeles, California 90067
Telephone: (310) 226-6890
Facsimile: (310) 226-6891

Attorneys for Plaintiff
PI-NET INTERNATIONAL, INC.

Michael J. Sacksteder, Bar No. 191605
msacksteder fenwick.com
Teresa M. Corbin, Bar No. 132360
tcorbin fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant and Counter-Claimant
PRESIDIO BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br> v. <br> PRESIDIO BANK, <br><br> Defendant. | NO. C 12-04962 PSG <br><br> Date: August 16, 2013 <br> Time: 9:30 a.m. <br> Ctrm: G <br><br> Judge: The Hon. Paul S. Grewal <br> Date Action Filed: September 24, 2012 <br><br> JOINT CASE MANAGEMENT STATEMENT |
| PRESIDIO BANK, <br><br> Counter-Claimant, <br> v. | |

-1-

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., | ) |
| Counter-Defendant. | ) |

Plaintiff and Counter-Defendant Pi-Net International, Inc., and Defendant and Counter-Claimant Presidio Bank hereby submit this case management statement in advance of the August 16, 2013, hearing.

### A. Procedural Posture

The Complaint in this case was filed September 24, 2012, and initially assigned to Judge Spero. On July 11, 2013, this case was reassigned to this Court. This case has been ordered related to the following cases, currently pending before this Court:

*Pi-Net International, Inc. v. Focus Business Bank*, C 12-04958 PSG

*Pi-Net International, Inc. v. Bridge Bank*, C 12-04959 PSG

Other cases brought by Pi-Net International, Inc., that were previously pending before this Court have been resolved.

On June 28, 2013, Presidio Bank filed a Motion to Stay Litigation Pending *Inter Partes* Review. It is presently set for hearing on August 16, 2013, at the same time as the Case Management Conference. Motions to Stay were also filed in the above mentioned *Pi-Net v. Focus Business Bank* and *Pi-Net v. Bridge Bank* actions. Those motions remain under submission following the June 18, 2013, hearing.

### B. Disclosure of Asserted Claims and Infringement Contentions

As required by the Case Management and Pretrial Order entered by Judge Spero, on March 22, 2013, Plaintiff served Disclosures of Asserted Claims and Infringement Contentions.

The parties have stipulated to continue deadlines concerning Invalidity Contentions and related claims construction deadlines to permit the parties to attend

KNAPP, PETERSEN & CLARKE

1794608.1 08000/00962

mediation.

C. **Mediation**

The parties are scheduled to attend mediation on August 29, 2013, before Vicki S. Veenker of Veenker Law Offices, who was appointed through the Court's ADR program.

Dated: August 8, 2013　　　　　KNAPP, PETERSEN & CLARKE


By: /s/ André E. Jardini
　　André E. Jardini
　　Hilary M. Goldberg
　　Attorneys for Plaintiff and Counter-Defendant PI-NET INTERNATIONAL, INC.

Dated: August 8, 2013　　　　　FENWICK & WEST LLP


By: /s/ Teresa M. Corbin
　　Michael J. Sacksteder
　　Teresa M. Corbin
　　Attorneys for Defendant and Counter-Claimant PRESIDIO BANK

1794608.1 08000/00962