UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br>　　　　Plaintiff, <br>　v. <br>PRESIDIO BANK, <br>　　　　Defendant. <br><br>PRESIDIO BANK, <br>　　　　Counter-Claimant, <br>　v. <br>PI-NET INTERNATIONAL, INC., <br>　　　　Counter-Defendant. | NOS. CV12-04962 PSG <br><br>Date:　　　　　June 2, 2015 <br>Time:　　　　　8:30 a.m. <br>Ctrm:　　　　　　　5 <br><br>Judge:　　The Hon. Paul S. Grewal <br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO SUBSTITUTE PARTIES UNDER RULES 25(c), FEDERAL RULES OF CIVIL PROCEDURE |

　　　　GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that plaintiff Pi-Net International, Inc. and proposed plaintiff Dr. Lakshmi Arunachalam's

////

////

////

////

**KNAPP, PETERSEN & CLARKE**

-1-

2262679.1  08000/00962

1  motion to substitute parties under Rule 25(c), Federal Rules of Civil Procedure
2  motion is GRANTED.

4  Dated: May 18, 2015

　　　　　　　　　　　　　　　　　　　　　*Paul S. Grewal* (signature)
　　　　　　　　　　　　　　　　　　　　　The Hon. Paul S. Grewal
　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court

**KNAPP, PETERSEN & CLARKE**

-2-

2262679.1  08000/00962