UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKSHMI ARUNACHALAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRESIDIO BANK,<br><br>　　　　Defendant. | Case No.  12-cv-04962-MEJ<br><br>**ORDER RE: STATUS REPORT AND MAINTAINING STAY**<br><br>Re: Dkt. No. 91 |

Having reviewed the parties' status report, the Court shall maintain the stay in this case as stated in former-presiding Judge Paul Grewal's October 17, 2013 Order.  Dkt. No. 74.  This Order, however, does not prohibit any party from filing a proper motion to lift the stay if so warranted.  Otherwise, upon conclusion of the review in the inter partes proceedings and appropriately related proceedings, the parties shall promptly inform the Court and file a status report within two weeks.

**IT IS SO ORDERED.**

Dated: July 8, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge